IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICKY A. BURLESON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-CV-2533-K |
| ) | |
| LASALLE SOUTHWEST CORRECTIONS ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

(1) Plaintiff's retaliation claims against Defendant LaSalle Southwest Corrections shall proceed and process shall be issued as to this Defendant and the United States Marshal Service shall serve process on this Defendant 1800 Ridgemar Drive, Cleburne, TX, 76031;

(2) Plaintiff's remaining claims are dismissed with prejudice and all pending motions are denied;

(3)   The Clerk shall transmit a true copy of this Order to Plaintiff.

(4)   This case is re-referred to U.S. Magistrate Judge Paul D. Stickney, for pretrial management.

SO ORDERED.

Signed October 28th, 2016.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE